No. 452.   CONNER AIR LINES, INC., ET AL. *v.* AVIATION
CREDIT CORP. ET AL.   C. A. 5th Cir.   Certiorari denied.
*Henry M. Sinclair* and *Don G. Nicholson* for petitioners.
*Robert P. Smith, Robert V. Smith, John H. Wahl, Jr.* and
*Laurence A. Schroeder* for respondents.

No. 455.   COMMONWEALTH OIL REFINING CO., INC., *v.*
THE LUMMUS COMPANY.   C. A. 1st Cir.   Certiorari
denied.   *Ruben Rodriguez-Antongiorgi, John F. Dooling,
Jr., Richard deY. Manning* and *Milton Pollack* for peti-
tioner.   *John T. Cahill* and *Lawrence J. McKay* for
respondent.

No. 458.   RENFIELD IMPORTERS, LTD., *v.* BRANDT, DOING
BUSINESS AS UNIVERSITY CITY HOUSE OF LIQUORS, ET AL.
C. A. 8th Cir.   Certiorari denied.   *Richmond C. Coburn*
and *Alan C. Kohn* for petitioner.   *J. L. London* for
respondents.

No. 475.   JAMES B. BEAM DISTILLING CO. *v.* BRANDT,
DOING BUSINESS AS UNIVERSITY CITY HOUSE OF LIQUORS,
ET AL.   C. A. 8th Cir.   Certiorari denied.   *Earl E. Pol-
lock* and *R. Walston Chubb* for petitioner.   *J. L. London*
for respondents.

No. 497.   JULIUS WILE SONS & CO., INC., *v.* BRANDT,
DOING BUSINESS AS UNIVERSITY CITY HOUSE OF LIQUORS,
ET AL.   C. A. 8th Cir.   Certiorari denied.   *Donald J.
Meyer* and *John Raeburn Green* for petitioner.   *J. L.
London* for respondents.

No. 459.   BINDLEY *v.* METROPOLITAN LIFE INSURANCE
Co.   Supreme Court of Missouri.   Certiorari denied.
*Martin J. O'Donnell* for petitioner.   *Henry G. Eager* and
*Charles B. Blackmar* for respondent.